AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## ———— MIDDLE DISTRICT OF PENNSYLVANIA ————
## JUDGMENT IN A CIVIL CASE

DEBBIE S. YOUNG,
     Plaintiff

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
     Defendant

CASE NUMBER: 1:CV-00-2191

**FILED**
HARRISBURG, PA

OCT 3 1 2001

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of defendant State Farm Mutual Automobile Insurance Company and against plaintiff Debbie S. Young.

Date: October 31, 2001

Mary E.  D'Andrea, Clerk of Court

*Jennifer Kennedy*

(By) Jennifer Kennedy, Deputy Clerk

Certified from the record
Date: 10-31-01
    Mary E. D'Andrea, Clerk
Per _____
    Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

October 31, 2001

Re:  1:00-cv-02191    Young v. State Farm Mutual In

True and correct copies of the attached were mailed by the clerk
to the following:

Michael Saltzburg, Esq.
Bennett, Bricklin & Saltzburg LLP
1601 Market Street
16th Floor
Philadelphia, PA  19103

Dale E. Anstine, Esq.
Two West Market Street
P.O. Box 952
York, PA  17401

Thomas P. Lang, Esq.
Law office of Dale E. Anstine
2 West Market St.
P.O. Box 952
York, PA  17405

```
cc:
Judge                      (✓)              ( ) Pro Se Law Clerk
Magistrate Judge           ( )              ( ) INS
U.S. Marshal               ( )              ( ) Jury Clerk
Probation                  ( )
U.S. Attorney              ( )
Atty. for Deft.            ( )
Defendant                  ( )
Warden                     ( )
Bureau of Prisons          ( )
Ct Reporter                ( )
Ctroom Deputy              ( )
Orig-Security              (✓)
Federal Public Defender    ( )
Summons Issued             ( ) with N/C attached to complt. and served by:
                               U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5        ( )
Order to Show Cause        ( ) with Petition attached & mailed certified mail
                               to:  US Atty Gen  ( )   PA Atty Gen ( )
                                    DA of County ( )   Respondents ( )
```

10-31-01