IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBBIE S. YOUNG,<br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY,<br>　　　　Defendant. | Civil Action No. 1:00-CV-2191<br>(Judge Kane) |

## ORDER

Plaintiff Debbie S. Young filed this declaratory judgment action alleging violations of the Pennsylvania Motor Vehicle Financial Responsibility Law ("MVFRL") by Defendant State Farm Mutual Automobile Insurance Company. By this Court's Memorandum and Order of October 31, 2001, Defendant's motion for summary judgment was granted and judgment was entered in its favor. Now before the Court is Plaintiff's motion, pursuant to Fed. R. Civ. Pro. 59(e) and Local Rule 7.10, to alter judgment.

AND NOW, this 14th of December, 2001, **IT IS ORDERED THAT** Plaintiff's motion (Doc. No. 23) is **DENIED**.

Yvette Kane
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 17, 2001

Re: 1:00-cv-02191   Young v. State Farm Mutual In

True and correct copies of the attached were mailed by the clerk to the following:

Michael Saltzburg, Esq.
Bennett, Bricklin & Saltzburg LLP
1601 Market Street
16th Floor
Philadelphia, PA  19103

Dale E. Anstine, Esq.
Two West Market Street
P.O. Box 952
York, PA  17401

Thomas P. Lang, Esq.
Law office of Dale E. Anstine
2 West Market St.
P.O. Box 952
York, PA  17405

```
cc:
Judge                          (✓)          ( ) Pro Se Law Clerk
Magistrate Judge               ( )          ( ) INS
U.S. Marshal                   ( )          ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to: US Atty Gen  ( )    PA Atty Gen ( )
                                        DA of County ( )    Respondents ( )
```

Bankruptcy Court        ( )
Other_____ ( )

DATE: _____12/17/01_____

MARY E. D'ANDREA, Clerk

BY: /s/_____
Deputy Clerk