INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

CAPTION:  DISTRICT COURT NO. 1:CV-00-2191

Debbie S. Young

CT. OF APPEALS NO. _____

V.

State Farm Mutual Automobile Insurance Company

NOTICE OF APPEAL FILED     January 10, 20002        COURT REPORTER(S) _____

FILING FEE:

NOTICE OF APPEAL  X  PAID  ___ NOT PAID  ___ SEAMAN

DOCKET FEE    X  PAID ___ NOT PAID    ___ USA

CJA APPOINTMENT: (Attach Copy of Order)

___ PRIVATE ATTORNEY
___ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
___ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
        (Attach Copy of Order)
___ MOTION GRANTED (IN FIRST INSTANCE)
___ MOTION DENIED (IN FIRST INSTANCE)
___ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
        (Attach copy of Order)
___ GRANTED
___ DENIED
___ PENDING

COPIES TO:
 Judge Kane
 Michael Saltzburg, Esquire
 Dale E. Anstine, Esquire
 Thomas P. Lang, Esquire
 File Copy

PREPARED BY ____Jill Cardile_____
                    Deputy Clerk

Date: January 11, 2001



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*Divisional Offices:*

MARY E. D'ANDREA
*Clerk of Court*

(570) 207-5600   FAX (570) 207-5650
*Internet Address: www.pamd.uscourts.gov*

Harrisburg:   (717) 221-392
Williamsport: (570) 323-638

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:   **ROBINSON V. MOONEY, et al.**
**USDC NO: 1:CV-00-2191**
**USCA NO:**
**E-mail Account: All correspondence should be sent to the e-mail account:**
**PAMDAPPEAL1**

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

_____   **Civil Prisoner Case: Case file and docket sheet available through RACER.**

_____   **Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.**

\_\_X\_\_   **Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.**

_____   **Civil Prisoner Case: \_\_\_ Supplemental Record filed.  Documents and docket sheet available through RACER.**

_____   **Non-Prisoner Civil Case or Criminal Case:**
**\_\_\_\_ Supplemental Record filed.  Docket Sheet available through RACER.**

The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/ Jill Cardile
Deputy Clerk

Date:   January 11, 2002



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBBIE S. YOUNG,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   Civil Action No. 1:00-CV-2191 |
| | :   (Judge Kane) |
| STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY,<br>    Defendant. | :<br>:<br>:<br>: |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Debbie S. Young, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment and Plaintiff's Motion to Alter Judgment, entered October 31, 2001 as to the Motion for Summary Judgment, and December 14, 2001 as to the Motion to Alter Judgment.

RESPECTFULLY SUBMITTED:

LAW OFFICES OF DALE E. ANSTINE, P.C.

_____
Thomas P. Lang, Esquire
Attorney I.D. #65481
Attorney for Plaintiff

LAW OFFICES OF
LE E. ANSTINE, P.C.
TWO WEST MARKET STREET
POST OFFICE BOX 952
YORK, PENNSYLVANIA 17405
(717) 846-0608

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEBBIE S. YOUNG,
    Plaintiff,

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,
    Defendant.

Civil Action No. 1:00-CV-2191
(Judge Kane)

### CERTIFICATE OF SERVICE

AND NOW, this _4th_ day of January, 2002, I, Thomas P. Lang, Esquire, a member of the Law Offices of Dale E. Anstine, P.C., hereby certify that I have this date served a copy of Notice of Appeal by first class United States mail, postage pre-paid, addressed to the party or attorney of record as follows:

Michael Saltzburg, Esquire
Bennett, Bricklin & Saltzburg LLP
1601 Market Street, 16th Fl.
Philadelphia, PA 19103

The Honorable Yvette Kane
U.S. District Court
228 Walnut Street
P. O. Box 983
Harrisburg, PA 17108

RESPECTFULLY SUBMITTED:

LAW OFFICE OF DALE E. ANSTINE, P.C.

_____
Thomas P. Lang, Esquire
Attorney for Plaintiff

LAW OFFICES OF
E. E. ANSTINE, P. C.
TWO WEST MARKET STREET
POST OFFICE BOX 952
YORK, PENNSYLVANIA 17405
(717) 846-0606