# TRANSCRIPT PURCHASE ORDER

㉙

1-25

| District Court | Court of Appeals Docket No. 02-1113 |
|---|---|
| MIDDLE DISTRICT OF PA. | District Court Docket No. 1:00-CV-2191 |

J/(One

Short Case Title YOUNG v. STATE FARM

Date Notice of Appeal Filed by Clerk of District Court  1/10/02

**PART I.** (To be completed by party responsible for ordering transcript)

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE

**FILED**

**JAN 2 4 2002**

(Name of Court Reporter)

HARRISBURG, PA  DEPUTY CLE

A. Complete one of the following and serve ALL COPIES:
TRANSCRIPT:

[X] None      [ ] Unnecessary for appeal purposes.
[ ] Already on file in the D.C. Clerk's office.
[ ] This is to order a transcript of the proceedings heard on the date listed below from _____
(Specify on lines below exact date of proceedings to be transcribed).   If requesting only partial transcript of proceedings, specify exactly what portion or what witness testimony is desired.

_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise this material will *NOT* be included in trial transcripts.

Voir dire [ ] ;  Opening statement of plaintiff [ ]   defendant [ ]
Closing argument of plaintiff [ ]      defendant [ ]
Jury instructions [ ]    Sentencing Hearings [ ]

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript.   The method of payment will be:

[ ] Criminal Justice Act (Attach copy of CJA form 24)
[ ] Motion for transcript has been submitted to DC Judge
[ ] Private Funds

Signature _____   Date _____

Print Name _____   Counsel for _____

Address _____   Telephone _____

**PART II.**  COURT REPORTER ACKNOWLEDGMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |
| | | |

[ ] Arrangements for payment were made on _____

[ ] Arrangements for payment have not been made pursuant to FRAP 10(b)

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

**PART III.**  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages      _____ Actual Number of Volumes

_____ Date      Signature of Court Reporter

Copy 6 — Appellant's Copy to be sent to the District Court upon completion of Part I



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*Divisional Offices:*

*MARY E. D'ANDREA*
*Clerk of Court*

*(570) 207-5600   FAX (570) 207-5650*
*Internet Address: www.pamd.uscourts.gov*

*Harrisburg:   (717) 221-39*
*Williamsport: (570) 323-63*

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:        **Young  v.  State Farm**
           **USDC NO:1:00-cv-2191**
           **USCA NO: 02-1113**
           **E-mail Account: All correspondence should be sent to the e-mail account:**
           **PAMDAPPEAL1**

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

|  |  |
|---|---|
| _____ | **Civil Prisoner Case: Case file and docket sheet available through RACER.** |
| _____ | **Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.** |
| _____ | **Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.** |
| __X__ | **Civil Prisoner Case: _1st_ Supplemental Record filed.  Documents and docket sheet available through RACER.** |
| _____ | **Non-Prisoner Civil Case or Criminal Case: ____ Supplemental Record filed.  Docket Sheet available through RACER.** |

        **The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.**

                                        Very truly yours,

                                        **s/  Shawna L. Cihak**
                                        Deputy Clerk

Date: ___January 25, 2002___